# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| NEILL SAMUELL, | ) | 3:14-CV-0056-MMD (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | October 3, 2014 |
| DOMINICK CIPRIANO, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's emergency motion to extend legal copywork limit (#39). Plaintiff's motion is **DENIED**. The court has twice extended plaintiff's copywork limit in this case (#s 4 & 36). Plaintiff seeks a third extension of the limit in order to make copies of motions he files for his own use and copies to serve on defense counsel. This request is denied. If plaintiff requires copies of his own motions, he may recreate handwritten copies.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk