ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
NOEL E. EIDSMORE
Nevada Bar No. 7688
Noel.Eidsmore@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
*Officers Dominick Cipriano, Brian Fortner and Joshua Taylor*



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NEILL SAMUELL,<br><br>    Plaintiff,<br><br>vs.<br><br>DOMINICK CIPRIANO, P#14187, BRIAN FORTNER, P#13152; JIM HOLMES; CESELY HOPPER; MELODY; WILLIAM RADER, P# 5468; JOSHUA TAYLOR, P#13349,<br><br>    Defendants. | CASE NO. 3:14-cv-0056-MMD-VPD<br><br>**STATUS REPORT REGARDING SETTLEMENT AND DISMISSAL** |

Defendants Officer Dominick Cipriano, Officer Brian Fortner and Officer Joshua Taylor of the Las Vegas Metropolitan Police Department, by and through their attorney of record, Robert W. Freeman, Jr., hereby submit this status report regarding the settlement reached with Plaintiff Neill Samuell before Judge Valerie Cooke on August 23, 2016.

Defendants mailed a draft of the settlement agreement and stipulation to dismiss to Mr. Samuell on September 14. Defendants received Mr. Samuell's signed copies of the settlement agreement and the stipulation on Thursday, September 22. Defendants are preparing the settlement check and will forward it to the Nevada Department of Corrections as soon as possible, and file the stipulation to dismiss the same day. The Court ordered that a stipulation to dismiss in this matter be filed by September 23, 2016. Defendants request an additional 14 days to file the

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4835-4097-2601.1

1  stipulation to dismiss, so that it can be filed contemporaneously with the Court receiving the
2  settlement check.
3      DATED this 23rd day of September, 2016.

4                                        LEWIS BRISBOIS BISGAARD & SMITH LLP

5                                        /s/ Robert W. Freeman
6                                        Robert W. Freeman, Esq.
                                         Nevada Bar No. 3062
7                                        Noel E. Eidsmore, Esq.
                                         Nevada Bar No. 7688
8                                        6385 S. Rainbow Blvd, Suite 600
                                         Las Vegas, Nevada 89118
9                                        Attorneys for Defendants
                                         Officers Dominick Cipriano,
10                                       Brian Fortner and Joshua Taylor

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: September 26, 2016

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of September, 2016, I electronically filed the **STATUS REPORT REGARDING SETTLEMENT AND DISMISSAL** with the Clerk of the Court through Case Management/Electronic Filing System.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 23rd day of September, 2016, I served a true and correct copy of the foregoing **STATUS REPORT REGARDING SETTLEMENT AND DISMISSAL** by depositing a copy of same in the United States Mail at Las Vegas, Nevada postage fully prepaid, addressed to:

Neill Samuell
#1038600
Ely State Prison
P.O. Box 1989
Ely, Nevada 89301
*Plaintiff in Proper Person*

LeAnn Sanders, Esq.
ALVERSON TAYLOR MORTENSEN & SANDERS
7401 W. Charleston Blvd.
Las Vegas, Nevada 89117
*Attorneys for Defendant*
*Melody Molinaro*

/s/ *Kristen Freeman*
Employee of LEWIS BRISBOIS
BISGAARD & SMITH LLP

4835-4097-2601.1

3