ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
NOEL E. EIDSMORE
Nevada Bar No. 7688
Noel.Eidsmore@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX:  702.893.3789
Attorneys for Defendants
*Officers Dominick Cipriano, Brian Fortner and Joshua Taylor*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NEILL SAMUELL,<br><br>    Plaintiff,<br><br>    vs.<br><br>DOMINICK CIPRIANO, P#14187, BRIAN FORTNER, P#13152; JIM HOLMES; CESELY HOPPER; MELODY; WILLIAM RADER, P# 5468; JOSHUA TAYLOR, P#13349,<br><br>    Defendants. | CASE NO. 3:14-cv-0056-MMD-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled.

...

...

...

...

...

...

...

4811-1037-5224.1

1  IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be
2  dismissed with prejudice, each party to bear its own costs and attorney fees.

3  DATED this 17 day of November, 2016.              DATED this 18 day of September, 2016.

4  LEWIS BRISBOIS BISGAARD & SMITH              NEILL SAMUELL

5  _____              /s/ Neill Samuell
6  ROBERT W. FREEMAN, ESQ.                       NEILL SAMUELL
   Nevada Bar No. 3062                            #1038600
7  NOEL E. EDSMORE, ESQ.                         ELY STATE PRISON
   Nevada Bar No. 7688                            P.O. Box 1989
8  6385 S. Rainbow Blvd, Suite 600                Ely, Nevada 89301
9  Las Vegas, Nevada 89118                        *Plaintiff in Proper Person*
   *Attorney for Defendants Dominick Cipriano,*
10 *Brian Fortner and Joshua Taylor*

## ORDER

IT IS SO ORDERED.

Dated this 17th day of November, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

4811-1037-5224.1                         2